OPINION — AG — ** EFFECTIVE DATE OF PUBLIC EMPLOYEES RETIREMENT SYSTEM ** SENATE BILL NO. 635, CODIFIED AS 74 O.S. 914 [74-914], ALLOWING A RETIRANT UNDER THE OKLAHOMA PUBLIC EMPLOYEES RETIREMENT SYSTEM ACT TO RECEIVE COMPENSATION UP TO $2,400.00 IN ANY CALENDAR YEAR WHILE CONTINUING TO RECEIVE BENEFITS, IS EFFECTIVE FOR THE FULL CALENDAR YEAR, 1974. (INCOME, EARNINGS, COMPENSATION, SALARY) CITE: 74 O.S. 914 [74-914] (WILLIAM DON KISER) ** SEE: OPINION NO. 75-269 (1975) **